THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID ALLEN VANHORN, | : | |
| | : | |
| Plaintiff, | : | 3:22-CV-711 |
| | : | (JUDGE MARIANI) |
| v. | : | (Magistrate Judge Arbuckle) |
| | : | |
| COLLEEN MANCUSO, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS _____ DAY OF DECEMBER, 2022, upon review of Magistrate

Judge William I. Arbuckle's Report and Recommendation ("R&R") (Doc. 14) for clear error or

manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 14) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. §

   1915(e)(2)(B)(iii), without leave to amend.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge